# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Anthony Bullabough ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           3:12-cv-00599-RJC

Aaron E. Michel ,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.


                                           Signed: September 19, 2012

                                           _____
                                           Frank G. Johns, Clerk
                                           United States District Court